210B (12/09)

# United States Bankruptcy Court

Middle District of Alabama
Case No. 11-33107
Chapter 13

In re: Debtor(s) (including Name and Address)

Derrick Smith
4206 Oak Street
Montgomery AL 36105

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/30/2014.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 10: OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, 1100 VIRGINIA DRIVE (SUITE 175), FORT WASHINGTON, PA 19034 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #150<br>PO Box 36655<br>Dallas, Texas 75247-4029 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  07/03/14                                        Juan-Carlos Guerrero
                                                       **CLERK OF THE COURT**

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                         Case No. 11-33107-DHW
Derrick Smith                                                  Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 1127-2        User: loverton          Page 1 of 1         Date Rcvd: Jul 01, 2014
                            Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2014.
2822362     +OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,   1100 VIRGINIA DRIVE (SUITE 175),
              FORT WASHINGTON, PA 19034-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2014 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Enslen Crowe    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bankruptcy@sirote.com
              Enslen Crowe    on behalf of Creditor   GMAC MORTGAGE, LLC bankruptcy@sirote.com
              Richard D. Shinbaum    on behalf of Debtor Derrick  Smith rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                             TOTAL: 5